No. 57893.—Paulsen-Webber Cordage Corp'n v. United States, protests 178457-K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States v. Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C.A. D. 535), the claim of the plaintiff was sustained.

No. 57894.—C. J. Tower & Sons v. United States, protest 180710–K (Buffalo).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States v. Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

No. 57895.—Calvaire et al. v. United States, protests 195041–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.

No. 57896.—Asheville Mica Company v. United States, protests 164659–K and 164660–K (Norfolk).

Opinion by FORD, J. In accordance with stipulation of counsel that certain percentages of the merchandise consist of mica splittings not over twelve ten-thousandths of 1 inch in thickness, the claim of the plaintiff was sustained as to said percentages.